UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |

This Document Relates To:

*Susan Bonham, et al. v. Bayer Corporation, et al.* No. 3:12-cv-20037-DRH-PMF

*Victoria Phillips v. Bayer Corporation, et al.*   No. 3:11-cv-20122-DRH-PMF

*Erin Railey, et al. v. Bayer Corporation, et al.*   No. 3:12-cv-20055-DRH-PMF

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on February 22, 2013, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY:  /s/*Sara Jennings*
 Deputy Clerk

Dated: February 28, 2013

Digitally signed by
David R. Herndon
Date: 2013.02.28
10:40:31 -06'00'

APPROVED:
    CHIEF JUDGE
    U. S. DISTRICT COURT